393 A.2d 1291

M. T. C. Plating Inc., Appellant, v. International Lighting, Inc.

Argued April 12, 1978. R. Lochner, with him Joseph J. Bernstein, for appellant; R. Tucker, with him Orlando R. Sodini, for appellee.

Order affirmed.

393 A.2d 1291

McCaffrey, Appellant, v. Esther Edwards Enterprises, Inc.

McCaffrey v. Esther Edwards Enterprises, Inc., Appellant.

Argued April 18, 1978. Howard Gilfillan, with him George Shorall, for appellant at No. 916, and appellee at No. 6; Gilbert J. Helwig, with him Reed, Smith, Shaw & McClay, for appellant at No. 6, and appellee at No. 916.

Order affirmed.